DANIEL V. KOHLS (State Bar No. 167987)
DACIA J. CENAT (State Bar No. 305161)
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 Eureka Road, Suite 100
Roseville, California 95661
Telephone:    (916) 781-2550
Facsimile:     (916) 781-5339
Email: dkohls@hansenkohls.com
Email: dcenat@hansenkohls.com

Attorneys for Defendants NEUMILLER & BEARDSLEE, a Professional Corporation; CLIFFORD W. STEVENS

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 18-26524-C |
| BELLATO ENGINEERS, INC., | Chapter 7 |
| Debtor, | Adversary Proceeding No. 20-02039-C |
| | District Court Case No. 2:22-cv-00464 |
| IRMA EDMONDS as Chapter 7 Trustee of the Estate of Bellato Engineers, Inc., | **ORDER GRANTING MOTION TO WITHDRAW REFERENCE OF BANKRUPTCY ADVERSARY PROCEEDING** |
| Plaintiff, | |
| NEUMILLER & BEARDSLEE, a Professional Corporation, and CLIFFORD W. STEVENS, | |
| Defendants. | |

## **ORDER**

Defendants NEUMILLER & BEARDSLEE and CLIFFORD W. STEVENS' Motion to Withdraw Reference of Bankruptcy Adversary Proceeding was submitted to the Bankruptcy Court on March 10, 2022 and transferred to the United States District Court, Eastern District of California on March 11, 2022. Plaintiff IRMA EDMONDS filed a statement of Non-Opposition on March 24, 2022. The Court has reviewed and considered all papers filed in support of this

00017605.1

Motion and finds that cause exists for withdrawal of the Bankruptcy Adversary Proceeding. Accordingly, the Court orders as follows:

    Defendants' Motion to Withdraw Reference of Bankruptcy Adversary Proceeding is GRANTED. The May 2, 2022 hearing date is vacated.

IT IS SO ORDERED.

Dated: March 28, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE