UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| IN RE: BELLATO ENGINEERS, INC., <br><br>    Debtor, | No. 2:22-cv-00464 WBS AC <br><br> Adversary Proceeding No. 20-02039 <br><br> Bankruptcy Case No. 18-26524-C <br><br> <u>ORDER SETTING PRETRIAL CONFERENCE AND TRIAL</u> |
| IRMA EDMONDS as Chapter 7 Trustee of the Estate of Bellato Engineers, Inc., <br><br>    Plaintiff, <br><br>    v. <br><br> NEUMILLER & BEARDSLEE, a Professional Corporation, and CLIFFORD W. STEVENS, <br><br>    Defendants. | |

----oo0oo----

After conferring with counsel at the scheduling

1

conference held by videoconference on August 15, 2022, the court orders as follows:

I.   Trial Setting

This case is set for a jury trial to begin on January 4, 2023, at 9:00 a.m.  The parties estimate that the trial will last 10 days.

II.  Final Pretrial Conference

The Final Pretrial Conference, pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, is set for November 7, 2022 at 1:30 p.m in Courtroom No. 5.  The Courtroom Deputy will notify the parties prior to the Conference whether it will be in person or via videoconference.  The Conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony.  No later than seven days before the conference, counsel shall file separate pretrial statements.  In addition to those subjects listed in Local Rule 281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) a succinct statement of the case, which is appropriate for the court to read to the jury

III. Settlement Conference

A settlement conference is set before Magistrate Judge Carolyn K. Delaney on December 14, 2022 at 9:30 a.m.  Each party

is ordered to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms.  No later than 12:00 p.m. on December 7, 2022, counsel for each party shall submit a Confidential Settlement Conference Statement via email to CKDorders@caed.uscourts.gov.  The parties may agree, or not, to serve each other with the Confidential Settlement Conference Statements.  The Confidential Settlement Conference Statements shall not be filed with the clerk and shall not otherwise be disclosed to the trial judge.  However, each party shall e-file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement."

IT IS SO ORDERED.

Dated:  August 17, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3