1  DANIEL V. KOHLS (State Bar No. 167987)
   DACIA J. CENAT (State Bar No. 305161)
2  HANSEN, KOHLS, SOMMER & JACOB, LLP
   1520 Eureka Road, Suite 100
3  Roseville, California 95661
   Telephone:   (916) 781-2550
4  Facsimile:   (916) 781-5339
   Email: dkohls@hansenkohls.com
5  Email: dcenat@hansenkohls.com

6  Attorneys for Defendants NEUMILLER &
   BEARDSLEE, a Professional Corporation;
7  CLIFFORD W. STEVENS

8

9  CHRISTOPHER D. SULLIVAN (148083)
   ROXANNE BAHADURJI (290117)
   QUENTIN ROBERTS (306687)
10 SULLIVAN BLACKBURN PRATT LLP
   456 Montgomery Street, Suite 900
11 San Francisco, CA 94104
   Phone: (415) 691-4518
12 Email: csullivan@sullivanblackburn.com
   rbahadurji@sullivanblackburn.com
13 qroberts@sullivanblackburn.com

14 Special Litigation Counsel for the
   Chapter 7 Trustee Irma Edmonds

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 2:22-cv-00464-WBS-AC |
| BELLATO ENGINEERS, INC., | Adversary Proceeding No. 20-02039-C |
| Debtor, / | Bankruptcy Case No. 18-26524-C |
| IRMA EDMONDS as Chapter 7 Trustee of the Estate of Bellato Engineers, Inc., | **ORDER CONTINUING FINAL PRETRIAL CONFERENCE** |
| Plaintiff, | |
| NEUMILLER & BEARDSLEE, a Professional Corporation, and CLIFFORD W. STEVENS, | |
| Defendants. / | |

00027432.1

Order Continuing Final Pretrial Conference

The Court has read and considered the Stipulation to Continue Final Pretrial Conference (the "Stipulation") filed on November 1, 2022, by defendants Neumiller & Beardslee, a Professional Corporation, and Clifford W. Stevens, an individual (collectively, "Defendants"), and Plaintiff Irma Edmonds as Chapter 7 Trustee of the Estate of Bellato Engineers, Inc. ("Trustee"), by and through their undersigned counsel of record.  For the reason stated in the Stipulation, and for good cause shown, the Court GRANTS the Stipulation.

**IT IS HEREBY ORDERED:**

1. The Final Pretrial Conference, pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, set for Monday, November 7, 2022, at 1:30 p.m. in Courtroom No. 5, be continued to Monday, November 21, 2022, at 1:30 p.m. in Courtroom No. 5.

Dated:  November 2, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am a citizen of the United States and am employed within the county aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 1520 Eureka Road, Suite 100, Roseville, California 95661.

On the date indicated below, I served the within copy (or copies) of the following:

## ORDER CONTINUING FINAL PRETRIAL CONFERENCE

on the interested parties in said action addressed as follows:

| | |
|---|---|
| Christopher D. Sullivan<br>Roxanne Bahadurji<br>Quentin Roberts<br>SULLIVAN BLACKBURN PRATT LLP<br>456 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>Phone: (415) 691-4518<br>Email: csullivan@sullivanblackburn.com<br>rbahadurji@sullivanblackburn.com<br>qroberts@sullivanblackburn.com | Special Litigation Counsel for the Chapter 7 Trustee IRMA EDMONDS |

( ✓ ) **BY E-MAIL** -- by transmitting via e-mail copies of the documents listed above to the parties designated on the Court's roster as those consenting to service by electronic means at the e-mail addresses designated herein pursuant to Local Rule 7005-1 and pursuant to agreement of the parties for email service.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 1st day of November 2022, in Roseville, California.

                                                */s Susie Schiele*
                                                Susie Schiele

HANSEN, KOHLS, SOMMER & JACOB, LLP