UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| IN RE: BELLATO ENGINEERS, INC., <br><br> Debtor, | No. 2:22-cv-00464 WBS AC <br><br> Adversary Proceeding No. 20-02039 <br><br> Bankruptcy Case No. 18-26524-C |
| IRMA EDMONDS as Chapter 7 Trustee of the Estate of Bellato Engineers, Inc., <br><br> Plaintiff, <br><br> v. <br><br> NEUMILLER & BEARDSLEE, a Professional Corporation, and CLIFFORD W. STEVENS, <br><br> Defendants. | ORDER |

----oo0oo----

The parties previously reached a settlement in this case during a settlement conference with Magistrate Judge Carolyn

1

1  K. Delaney.  (Docket No. 25.)  The parties now request a cut-off
2  date of May 19, 2023 to file a stipulated dismissal, given that
3  they have moved for approval of the settlement in bankruptcy
4  court, with the hearing on the motion set for May 10, 2023.
5  (Docket No. 26.)
6       The court will grant the request.  The parties shall
7  file their stipulated dismissal or a joint status report by May
8  19, 2023.  A status conference is hereby SET for June 5, 2023 at
9  1:30 p.m. in Courtroom 5.  The status conference will be vacated
10 upon filing of the stipulated dismissal.
11      IT IS SO ORDERED.
12 Dated:  April 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2