CHRISTOPHER D. SULLIVAN (148083)
ROXANNE BAHADURJI (290117)
QUENTIN ROBERTS (306687)
**SULLIVAN BLACKBURN PRATT LLP**
456 Montgomery Street, Suite 900
San Francisco, CA 94104
Phone: (415) 691-4518
Email: csullivan@sullivanblackburn.com
       rbahadurji@sullivanblackburn.com
       qroberts@sullivanblackburn.com

Special Litigation Counsel for the
Chapter 7 Trustee Irma Edmonds

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| IRMA EDMONDS as Chapter 7 Trustee of the Estate of Bellato Engineers, Inc., <br><br> Plaintiff, <br><br> v. <br><br> NEUMILLER & BEARDSLEE, a Professional Corporation, and CLIFFORD W. STEVENS, <br><br> Defendants. | District Court Case No. 2:22-cv-00464-WBS-AC <br><br> Adversary Proceeding No. 20-02039-C <br><br> Bankruptcy Case No. 18-26524-C <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court has read and considered the Stipulation to Dismiss the Action With Prejudice (the "Stipulation") filed by Plaintiff Irma Edmonds as Chapter 7 Trustee of the estate of Bellato Engineers, Inc. ("Plaintiff") and Neumiller & Beardslee, a Professional Corporation and Clifford W. Stevens (collectively, "Defendants") by and through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of

1  the Federal Rules of Civil Procedure.  For the reasons stated in the Stipulation, and for good cause
2  shown, the Court GRANTS the Stipulation.
3  **IT IS HEREBY ORDERED** that this Action is dismissed with prejudice and the Parties shall bear their
4  own costs.

5  Dated:  May 24, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE